IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:25-CV-318-MOC-WCM

| | |
|---|---|
| MINA EZIKPE, Esq., EBONI EXCEUS, XAVIER TORRES de JANON, Esq., DR. JULIANNE LIEBENGUTH, and WILLIAM STANLEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTRAL PIEDMONT COMMUNITY COLLEGE, et al.,<br><br>    Defendants. | **PLAINTIFFS'<br>NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, Plaintiffs hereby voluntarily dismiss this action with prejudice. Defendants have not served an answer or motion for summary judgment in this action, and the parties have resolved this matter by way of a signed settlement agreement.

    Respectfully submitted this the 24th day of June, 2025.

                                        /s/ Janki Kaneria
                                        Janki Kaneria
                                        N.C. Bar No. 54879
                                        janki@scsj.org
                                        PO Box 51280
                                        Durham, NC 27717

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing notice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to opposing counsel.

Dated: June 24, 2025

/s/ Janki Kaneria